# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER FOR DISMISSAL** |
| v. | |
| | The Honorable Jose L. Linares |
| LATEEF GRIMSLEY | |
| | Mag. No. 15-203 |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Cr. No. 15-203, against defendant Lateef Grimsley, which Indictment was filed on April 28, 2016, charging the defendant with conspiracy to distribute and possess with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), in violation of Title 21, United States Code, Section 846, because further prosecution of this charge is not in the interests of the United States at this time. This dismissal is without prejudice.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

Dated: January 20, 2017